UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RAY L. EVANS,

        Plaintiff,

v.

KALAMAZOO COUNTY JAIL, et al.,

        Defendants.

_____/

Case No. 1:25-cv-1063

Honorable Phillip J. Green

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  October 6, 2025

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge